**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| SYMBOLOGY INNOVATIONS, LLC | § | |
| | § | |
| Plaintiff, | § | Case No: 2:15-cv-00413-JRG-RSP |
| | § | |
| vs. | § | |
| | § | PATENT CASE |
| EXXON MOBIL CORPORATION | § | |
| | § | |
| Defendant. | § | |

**PLAINTIFF'S NOTICE OF LOCAL PATENT RULES 3-1 AND 3-2 DISCLOSURES**

Plaintiff Symbology Innovations, LLC hereby provides notice that on July 16, 2015, in accordance to Local Patent Rules 3-1 and 3-2 it served its 3-1 and 3-2 Disclosures via certified mail return receipt requested to Defendant's lead counsel of record.

Dated: July 16, 2015

Respectfully submitted,

_/s/Jay Johnson_
**JAY JOHNSON**
State Bar No. 24067322
**BRAD KIZZIA**
State Bar No. 11547550
**ANTHONY RICCIARDELLI**
State Bar No. 24070493
**KIZZIA JOHNSON PLLC**
750 N. St. Paul Street, Suite 1320
Dallas, Texas 75201
(214) 613-3350
Fax: (214) 613-3330
jay@kjpllc.com
bkizzia@kjpllc.com
anthony@brownfoxlaw.com

**ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

The undersigned certifies that all counsel of record who have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on July 16, 2015.  Any other counsel of record will be served by first class mail.

                                    */s/Jay Johnson*
                                    Jay Johnson