IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| SYMBOLOGY INNOVATIONS, LLC | § | |
| | § | |
| v. | § | Case No. 2:15-cv-413 JRG-RSP |
| | § | |
| EXXON MOBIL CORPORATION | § | |
| | § | |

**ORDER**

The undersigned hereby recuses himself with regard to the above entitled and numbered civil action.

**So ORDERED and SIGNED this 31st day of July, 2015.**

_____
RODNEY  GILSTRAP
UNITED STATES DISTRICT JUDGE