IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| SYMBOLOGY INNOVATIONSD, LLC § | |
| § | |
| Plaintiff, § | Case No: 2:15-cv-00413-RWS-RSP |
| § | |
| vs. § | PATENT CASE |
| § | |
| EXXON MOBIL CORPORATION § | |
| § | |
| Defendant. § | |
| § | |

**UNOPPOSED MOTION TO DISMISS DEFENDANT**
**EXXON MOBIL CORPORATION WITH PREJUDICE**

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure and the terms of a settlement agreement, Plaintiff Symbology Innovations, LLC ("Symbology") files this Unopposed Motion to Dismiss Defendant Exxon Mobil Corporation ("ExxonMobil") With Prejudice. All claims between the parties have been resolved.

Wherefore, Symbology moves this Court to dismiss this action and all claims by Symbology against ExxonMobil and any counterclaims or other claims that ExxonMobil may have, with prejudice, with each party to bear its own costs, attorney's fees and other litigation expenses and request that the Court enter the proposed order of dismissal submitted herewith.

Dated: November 04, 2015                    Respectfully submitted,

                                            */s/ Jay Johnson*
                                            **JAY JOHNSON**
                                            State Bar No. 24067322
                                            **BRAD KIZZIA**
                                            State Bar No. 11547550
                                            **ANTHONY RICCIARDELLI**
                                            State Bar No. 24070493
                                            **KIZZIA JOHNSON PLLC**
                                            750 N. St. Paul Street, Suite 1320
                                            Dallas, Texas 75201
                                            (214) 613-3350
                                            Fax: (214) 613-3330
                                            jay@kjpllc.com
                                            bkizzia@kjpllc.com
                                            anthony@brownfoxlaw.com

                                            **ATTORNEYS FOR PLAINTIFF**

**CERTIFICATE OF CONFERENCE**

The undersigned certifies that on November 04, 2015, counsel for Plaintiff met and conferred with counsel for Defendant and that counsel for Defendant agreed to the motion.

                                            */s/ Jay Johnson*
                                            Jay Johnson

**CERTIFICATE OF SERVICE**

The undersigned certifies that all counsel of record who have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on November 04, 2015.

                                            */s/ Jay Johnson*
                                            Jay Johnson