# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| SYMBOLOGY INNOVATIONS, LLC | § | |
| Plaintiff, | § § § | Case No: 2:15-CV-00413-RWS-RSP |
| vs. | § § | |
| EXXON MOBIL CORPORATION | § § | |
| Defendant. | § § | |

## ORDER OF DISMISSAL OF DEFENDANT EXXON MOBIL CORPORATION WITH PREJUDICE

On this day the Court considered the Unopposed Motion to Dismiss Exxon Mobil Corporation With Prejudice, in the lawsuit between Plaintiff Symbology Innovations, LLC ("Symbology") and Defendant Exxon Mobil Corporation ("ExxonMobil"). Having considered the Motion and the pleadings in this case, the Court is of the opinion that the Motion should be, and is hereby, GRANTED.

It is therefore ORDERED that all claims asserted by Symbology against ExxonMobil and any counterclaims or other claims by ExxonMobil are hereby DISMISSED WITH PREJUDICE, with each party to bear its own costs, attorneys' fees and other litigation expenses.

**SIGNED this 16th day of November, 2015.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE